## STATE OF CONNECTICUT *v.* ERIC AMADO

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 607 (AC 15176), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defense of self-defense does not apply to a charge of felony murder as a matter of law?"

The Supreme Court docket number is SC 16058.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.